FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRISTOBAL MARTINEZ,<br>Defendant. | ) | Criminal Case No. 08cr1851-W<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C. Sec. 545 - Importing Merchandise Subject to Seizure |

The United States Attorney charges:

On or about May 7, 2008, with in the Southern District of California, defendant CRISTOBAL MARTINEZ, did knowingly and intentionally import and bring into the United States from Mexico certain merchandise, to wit, approximately 79.4 kilograms of iodine, contrary to law, in that said merchandise had not been presented for inspection and declared as provided by Title 19, United States Code, Section 1461; in violation of Title 18, United States Code, Section 545.

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

SHERRI HOBSON WALKER
Assistant U.S. Attorney