19

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA
V.
CHRISTOBAL MARTINEZ

## WAIVER OF INDICTMENT

CASE NUMBER: 08cr1851-W

I, CHRISTOBAL MARTINEZ, the above named defendant, who is accused of

Title 18, U.S.C., Section 545 - Importation of merchandise Subject to Seizure

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/5/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Cristobal Martinez
Defendant

Maya L. Garcia
Counsel for Defendant

Before [signature]
Judicial Officer